1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   JOHNNIE BENJAMIN CHAGOLLA,        )   CASE NO. ED CV 08-914-JHN (PJW)
                                       )
11                  Petitioner,        )
                                       )   ORDER ACCEPTING REPORT AND
12          v.                         )   RECOMMENDATION OF UNITED STATES
                                       )   MAGISTRATE JUDGE AND DENYING
13   FERNANDO GONZALEZ (Warden),       )   CERTIFICATE OF APPEALABILITY
                                       )
14                  Respondent.        )
     _____)
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge and has considered *de novo* the portions of the

19   Report as to which objections have been filed.  The Court accepts the

20   Magistrate Judge's Report and adopts it as its own findings and

21   conclusions.

22        Further, for the reasons stated in the Report and

23   Recommendation, the Court finds that Petitioner has not made a

24   substantial showing of the denial of a constitutional right and,

25

26

27

28

1 therefore, a certificate of appealability is denied.  *See* Rules

2 Governing Section 2254 Cases in the United States District Courts,

3 Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*

4 *v. Cockrell*, 537 U.S. 322, 336 (2003).

5

6 DATED:     April 8, 2011

7

8

9 JACQUELINE H. NGUYEN
  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 C:\Temp\notesE1EF34\Order accep r&r.wpd

2